**In the Interest of D.W., a minor, and S.W., a minor.**

**Nos. 57654, 57655.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

Oct. 9, 1990.

Chris N. Weiss, Jackson, for appellant.

Michael E. Hazel, Diane C. Howard, Cape Girardeau, for respondent.

### ORDER

PER CURIAM.

Defendant appeals from the termination of her parental rights as to her daughters. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).